■ RECTOR OF ST. BARTHOLOMEW'S CHURCH IN THE CITY OF NEW YORK v COMMITTEE TO PRESERVE ST. BARTHOLOMEW'S CHURCH, INC., et al. — Motion for leave to appeal to the Court of Appeals granted and this court, pursuant to CPLR 5713, states that questions of law have arisen which ought to be reviewed by the Court of Appeals. Concur — Sandler, J. P., Sullivan, Markewich, Lupiano and Asch, JJ.

■ In the Matter of ROBERT S. PERSKY for Reinstatement. — Motion to confirm report of the Committee on Character and Fitness and reinstating petitioner as an attorney and counselor at law in the State of New York denied. Concur — Murphy, P. J., Sullivan, Ross, Carro and Bloom, JJ.